UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOYCE A BENNETTE                                              CIVIL ACTION

VERSUS                                                                    NO. 07-6111

ALLSTATE INSURANCE COMPANY                       SECTION:  C (4)

**ORDER**

Before the Court is a motion by plaintiff, Joyce A. Bennette, to remand this case 24th Judicial District Court for the Parish of Jefferson, Louisiana, because the minimum amount in controversy in order for this Court to have jurisdiction did not exist.  In addition, the Court previously ordered briefing on whether the jurisdictional amount of $75,000 existed at the time of removal (Rec. Doc. 3). Along with her motion, the plaintiff submitted a signed, binding stipulation that her damages do not exceed $75,000, and renouncing her right to collect an award greater than $75,000.   Thereafter, considering the stipulation and the categorization of damages filed into the record, the defendant filed a statement of no opposition to plaintiff's motion to remand.  (Rec. Doc. 10).

1

Accordingly,

IT IS ORDERED that the plaintiff's motion to remand is hereby GRANTED (Rec. Doc. 4) and that this matter is hereby REMANDED to the 24th Judicial District Court for the Parish of Jefferson.

New Orleans, Louisiana, this 11th day of December, 2007.

                                                HELEN G. BERRIGAN
                                                UNITED STATES DISTRICT JUDGE